IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Petitioner,

  v.             **Judgment in a Civil Case**

TRAVIS WILLIAMS,
    Respondent.      Civil Case Number: 5:22-HC-2054-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for a hearing on the Government's Certificate of Mental Disease or Defect and Dangerousness pursuant to 18 U.S.C. § 4246.

**IT IS ORDERED AND ADJUDGED** that the respondent be committed to the custody and care of the Attorney General pursuant to 18 U.S.C. § 4246.

This Judgment Filed and Entered on August 9, 2022, with service on:
Genna D. Petre (via CM/ECF Notice of Electronic Filing)

Sonya M. Allen (via CM/ECF Notice of Electronic Filing)

August 9, 2022            /s/ Peter A. Moore, Jr.
                  Clerk of Court

                By: /s/ Sandra K. Collins
                   Deputy Clerk